ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Jude and L Construction, LLC | ) ASBCA Nos. 63336, 63337, 63338 |
| | ) 63339, 63340, 63341 |
| | ) 63342, 63343, 63344 |
| | ) 63345, 63551 |
| | ) |
| Under Contract No. N33191-19-C-0805 | ) |

APPEARANCES FOR THE APPELLANT:   Philip R. Croessmann, Esq.
                                 Tyler R. Asher, Esq.
                                   Croessmann & Westberg, P.C.
                                   Vienna, VA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                 Jerry Kim, Esq.
                                   Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  May 7, 2024

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63336, 63337, 63338, 63339, 63340, 63341, 63342, 63343, 63344, 63345, 63551, Appeals of Jude and L Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals